**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 17-cv-02081-RM-MJW

HEADWATERS BD, LLC,
a Delaware limited liability company,

      Plaintiff,

v.

LFG PARTICIPACOES SOCIETARIAS LTDA,
a/k/a LFG PARTICIPACOES SOCIETARIAS EIRELI,
a Brazilian limited liability company,

      Defendant.

## SUBMISSION OF REQUEST FOR SERVICE ABROAD FORM USM-272

Plaintiff Headwaters BD, LLC ("Headwaters"), hereby submits its Request for Service Abroad of Judicial or Extrajudicial Documents Pursuant to the Additional Protocol to the Inter-American Convention on Letters Rogatory Form USM-272. Headwaters is currently in the process of effecting service abroad through the Inter-American Convention. The USM-272 is part of the package that needs to be transmitted to the U.S. Central Authority for transmission to the Brazilian Central Authority. Attached hereto are copies of Form USM-272 in both English and Portuguese for the Court's signature and seal.

Dated this 17th day of November 2017.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Thomas J. Krysa*
Richard B. Benenson, #32566
Thomas J. Krysa, #28440
Joshua A. Weiss, #49758
410 17th Street, Suite 2200
Denver, CO  80202
Phone: 303.223.1100
Email: rbenenson@bhfs.com
tkrysa@bhfs.com
jweiss@bhfs.com

*Attorneys for Plaintiff Headwaters BD, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November 2017, I electronically filed the foregoing **SUBMISSION OF REQUEST FOR SERVICE ABROAD FORM USM-272** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record or at such time that counsel enters an appearance.

                              *s/Allecia Cavallaro*
                              Allecia Cavallaro, Paralegal

16155606