**U.S. Department of Justice**
United States Marshals Service



# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

**LETTER ROGATORY**[1]

**1**
REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY
Name
_____
Address

**2**
CASE:
_____
DOCKET No.:
_____

**3**
CENTRAL AUTHORITY OF THE STATE OF ORIGIN
Name
_____
Address

**4**
CENTRAL AUTHORITY OF THE STATE OF DESTINATION
Name
_____
Address

**5**
REQUESTING PARTY
Name
_____
Address

**6**
COUNSEL TO THE REQUESTING PARTY
Name
_____
Address

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name
_____
Address

Is this person responsible for costs and expenses?
YES ☐      NO ☐

\* If not, check in the amount of _____ is attached

\* Or proof of payment is attached

[1] Complete the original and two copies of this form; if A(l) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

\* Delete if inapplicable.

Form USM-272
Est. 1/89

-2-

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

\* A. Requests their prompt service on:

_____

The undersigned authority requests that service be carried out in the following manner:

\*   (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*   (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:
      Authority:

_____

\* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

   Done at _____ this _____ date of _____ 20___

   _____          _____
          Signature and stamp of the                          Signature and stamp of the
         judicial or other adjudicatory                       Central Authority of the
         authority of the State of origin                            State of origin

   Title or other identification of each document to be delivered:
   _____
   _____

   (Attach additional pages, if necessary.)

   _____
   \* Delete if inapplicable.

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE[1]

To  (Name and address of the person being served)

_____

_____

You are hereby informed that (Brief statement of nature of service)

_____

_____

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION
I \*
FOR SERVICE**

A. The document being served on you (original or copy) concerns the following:

_____

B. The remedies sought or the amount in dispute is as follows:

_____

C. By this service, you are requested:

_____

D.  \*  In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box I (State place, date and hour):

_____

 \*  You are being summoned to appear as:

_____

---

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
\* Delete if inapplicable.

\* If some other action is being requested of the person served, please describe:

_____
_____
_____

E. If you fail to comply, the consequences might be:

_____
_____
_____

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

Name: _____

Address: _____
_____

The documents fisted in Part III are being furnished to you so that you may better understand and defend your interests.

## II *
### FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY

To: _____
_____
_____

(Name and address of the judical or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information:

_____
_____
_____

The documents listed in Part III are being furnished to you to facilitate your reply.

_____
 \* Delete if inapplicable.

**III**
**LIST OF ATTACHED DOCUMENTS**

_____
_____
_____
_____
_____
_____
_____

(Attach additional pages if necessary.)

Done at _____ this _____ day of _____ 20_____

.

_____        _____
Signature and stamp of the                                    Signature and stamp of
judicial or other adjudicatory                                  the Central Authority
authority of the State of Origin                               of the State of Origin

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE
INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION[1]

To: _____
    _____
    _____
(Name and address of judicial or other adjudicatory
authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*   A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

   Date: _____

   At (Address) _____

By one of the following methods authorized by the Convention.

\*   (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

   _____
   _____
   _____

\*   (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*   (3)  If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

   _____

_____

[1] Complete the original and one copy in the language of the State of destination.
\* Delete if inapplicable.

-7-

\* B. That the documents referred to in the letter rogatory have been delivered to:

    Identity of person

    _____

    Relationship to the addressee _____

                                  (Family, business or other)

\* C. That the documents attached to the Certificate have not been served or delivered for the
   \*following reason(s):

   _____

\* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is
requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

    Done at _____ the _____ day of _____ 20____

   _____
          Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or
copies of any additional documents proving
service or delivery, and identify them.

_____
   \* Delete if inapplicable.